

PLAINTIFF'S EXHIBIT 1

## The Reasons For The Sheriff To Resist Impaneling A Grand Jury Is To Understand Who And What's Behind It

Who has the most to gain if the Sheriff is removed or retires from office?

Who has the most financial interest in the outcome if either of those occur?

Who has been attacking the Sheriff long before the call for the grand jury?

Who has been in the shadows supporting the grand jury efforts?

Who speaks out when the Sheriff challenges the charges against him?

It's not about the group; We The People, who would rather march than meet

It's not about Marc Lewis who is just the front face.

It's not about Laurie Phillips, who is the attorney in name only, not the writer

It's not about Stanley Glanz who fired no shots that killed anyone but did fire 3 senior managers who were responsible for various policy violations.

It is about Bob Bates, Dan Smolen, and Eric Harris.

It's about money.

It is about Smolen's efforts to have Bob Bates " indicted' by the grand jury and then using that for his own personal gain through lawsuits

It is about Smolen using the grand jury process to build his civil case against the county for the death of Eric Harris.

It is about Smolen wanting citizens in a grand jury to find that the Sheriff must be culpable in the death of Eric Harris so he doesn't have to prove it in court

It's not about the "will of the people". This is about a very small group of people being manipulated, brainwashed, and used by Smolen

It's not about the jail yet Smolen schooled the petition workers on past lawsuits against the jail to incite their anger against the Sheriff

Scanned by CamScanner

This isn't about justice. Nothing can undo what happened on April 2nd.

It isn't about improving the Sheriff's Office since the only idea We The People have is for the Sheriff to leave as if that alone will instantly change everything.

This is about money.

It's about jackpot justice. It's about taxpayer money that Smolen wants to take. He could care less who the Sheriff is or how to improve the operations of the Sheriffs Office. .

Smolen has one goal to come from the grand jury efforts: remove the Sheriff or force him to resign. If this were to occur he can use that as a tacit admission that both the Sheriff and the county are culpable in the death of Eric Harris - otherwise why would someone resign if they had done nothing wrong or condoned wrong doing or wasn't guilty of something.

It's about Smolen using the grand jury or the Sheriff's resignation to force the county into paying large amounts taxpayer money to him.

It's about a tragic accidental shooting of Eric Harris during an undercover illegal gun buy. If you live by the sword you may die by the sword.

Why would the Sheriff willingly participate in a grand jury process when the real goal of those behind it isn't just his removal nor to improve the Sheriff's Office but rather to pave the way for a financial jackpot on the backs of the taxpayers?

This is about money.

That's why the Sheriff should resist it. To protect the taxpayers from another frivolous lawsuit.

Scanned by CamScanner