# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

CHRISTINE WRIGHT n/k/a Christine Hamilton, as Special Administrator of the Estate of LISA SALGADO, Deceased,

    Plaintiff,

vs.

CORRECTIONAL HEALTHCARE COMPANIES, INC., and DELETTA WASHBURN, on behalf of the estate of PHILLIP WASHBURN, M.D., deceased,

    Defendants.

Case No.: 13-CV-315-JED-JFJ

## PLAINTIFF'S FINAL EXHIBIT LIST

**COMES NOW** Plaintiff, Christine Wright n/k/a Christine Hamilton ("Plaintiff"), as the Special Administrator of the Estate of Lisa Salgado, deceased ("Ms. Salgado"), and respectfully submits the following Final Exhibit List:

| Ex. | Description |
|---|---|
| 1 | Advanced Medical Systems 2011 03394 |
| 2 | Aug 2013 Staff Minutes 04312 |
| 3 | CHC & TCSO Agreement 02609 |
| 4 | CHC 2005 Agreement 02817 |
| 5 | CHC 2005 Renewal Agreement 02821 |
| 6 | CHC 2007 Agreement 02844 |
| 7 | CHC 2008 contract amendment 02846 |

| | |
|---|---|
| 8  | CHC 2008-2009 Contract 02848 |
| 9  | CHC 2011 Renewal Agreement 02807 |
| 10 | CHC Agreement 02634 |
| 11 | CHC Contract Revilla00032 |
| 12 | CHC Contract 02800 |
| 13 | CHC Contract renewal 02849 |
| 14 | CHC Contract renewal 02850 |
| 15 | CHC Contract Revilla 00025 |
| 16 | CHC Policy and Procedures 00133 |
| 17 | CHC Policy and Procedures 00205 |
| 18 | CHC Policy and Procedures 00212 |
| 19 | CHC Policy and Procedures 00090 |
| 20 | CHC Policy and Procedures 00110 |
| 21 | CHC Policy and Procedures 00160 |
| 22 | CHC Policy and Procedures 00246 |
| 23 | CHC Policy and Procedures 00272 |
| 24 | Josh Turley email 04606 |
| 25 | Josh Turley email 04773 |
| 26 | RFP30 Metcalf Copy |
| 27 | NCCHC 2010 probation 04248 |
| 28 | NCCHC Washburn Letter 03778_Redacted |
| 29 | Booking Papers and Medical Notes (Salgado 05389) |

| | |
|---|---|
| 30 | Salgado CHC Meds 05407 |
| 31 | Salgado CHC Records 05488 |
| 32 | Salgado CHC Reports 05547 |
| 33 | Salgado Incident Report 05297 |
| 34 | Salgado jail records 05452 |
| 35 | Salgado Jail reports 05326 |
| 36 | Salgado ME Report 05455 |
| 37 | Salgado photos 05624 |
| 38 | Salgado reports 05686 |
| 39 | Salgado unattended death incident report 05642 |
| 40 | Salgado unattended death report 05360 |
| 41 | Comments April 2012 CHC Audit |
| 42 | Lisa Salgado Employment Records |
| 43 | RFP4 Redacted Contractor File Washburn |
| 44 | RFP6 CHC Term Letter |
| 45 | RFP7 Policies |
| 46 | RFP8 Staffing Matrix |
| 47 | 3-7.1.07 to 6.30.08- Tulsa Co, OK Resolution for Extension |

| | |
|---|---|
| 48 | 4-7.1.08 to 6.30.09- Tulsa Co, OK Resolution for Extension |
| 49 | 6- 9.1.10 to 6.30.11 Tulsa Co, OK Agreement |
| 50 | 7- 07.01.11 to 06.30.12 Tulsa Co, OK Resolution for Contract Renewal |
| 51 | 7.1.2008 to 6.30.2009 Tulsa Co, OK- Amd |
| 52 | Email from Doug Wilson to Brian Edwards re CHC- CHM Contract 3-13-12 |
| 53 | 8- 7.01.11 to 06.30.12 Tulsa, OK Amd to Resolution for Contract Renewal |
| 54 | 9- 7.1.12 to 6.30.13- Tulsa Co., OK- Amd (Name Change, Staffing, Comp and Term) |
| 55 | 10-7.1.13 to 6.30.14 (Month-to-month) Tulsa Co., OK- Amd (Term) |
| 56 | CHC Ltr to Roemer re April 2012 Audit- 6-13-12 |
| 57 | ICE Report |
| 58 | NCCHC 2007 |
| 59 | NCCHC 2010 |
| 60 | Critical Findings- 6.12.12 |
| 61 | 02-F01 Chest Pain Clinical Protocols-revised 3-23-12 |
| 62 | Ltr from Raymond Herr to Edwards re: Plans of Action for Enhancement of Medical and Psychological Services 3.23.12 |
| 63 | 03-F01 Chest Pain POR- revised 3-23-12 |
| 64 | 6/12/12 Meeting with CHC |
| 65 | Issues to be Discussed Memo |
| 66 | Elliott Williams Video (Cell #1) |
| 67 | 11-08-11 Advanced Medical Systems Inc Report |
| 68 | Tammy Harrington Documents |
| 71 | Adusei Report (Bowman to Robinette) |
| 72 | Wyrick Email |

4

| | | |
|---|---|---|
| 73 | Gondles Report | |
| 74 | Homeland Security Exit Memo (from Lillard to Edwards) and Attachments | |
| 75 | Dkt. #316-14 | |
| 76 | Dkt. #316-15 | |
| 77 | Dkt. #316-16 | |
| 78 | Dkt. #316-17 | |
| 79 | Dkt. #316-19 | |
| 80 | Dkt. #316-22 | |
| 81 | Dkt. #316-23 | |
| 82 | Dkt. #316-26 | |
| 83 | Dkt. #316-27 | |
| 84 | Dkt. #316-32 | |
| 85 | Dkt. #316-36 | |
| 86 | Dkt. #316-37 | |
| 87 | Dkt. #316-38 | |
| 88 | Dkt. #316-40 | |
| | Any Exhibit listed by a Defendant and not objected to by Plaintiff. | |

Respectfully submitted,

s/Robert M. Blakemore
Robert M. Blakemore, OBA #18656
bobblakemore@ssrok.com
Daniel Smolen, OBA #19943
danielsmolen@ssrok.com
SMOLEN & ROYTMAN
701 South Cincinnati Avenue
Tulsa, OK 74119

>Phone:  (918) 585-2667
>Fax:  (918) 585-2669
>
>***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of March 2021, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants who have appeared in this case.

>s/Robert M. Blakemore