## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHRISTINE WRIGHT n/k/a Christine Hamilton, as Special Administrator of the Estate of LISA SALGADO, Deceased, | ) ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case No.: 13-CV-315-JED-JFJ ) ) |
| CORRECTIONAL HEALTHCARE COMPANIES, INC., and DELETTA WASHBURN, on behalf of the estate of PHILLIP WASHBURN, M.D., deceased, | ) ) ) ) ) |
| Defendants. | ) ) ) |

### PLAINTIFF'S FINAL WITNESS LIST

**COMES NOW** Plaintiff, Christine Wright n/k/a Christine Hamilton ("Plaintiff"), as the Special Administrator of the Estate of Lisa Salgado, deceased ("Ms. Salgado"), and respectfully submits the following Final Witness List:

■ **Plaintiff's primary witnesses:**

| Name | Proposed Testimony |
|---|---|
| Christine Wright (n/k/a Hamilton) | Facts and circumstances relevant to the administration of the Estate and identification of documents. Damages. |
| Stanley Glanz | Policies, procedures, and practices in place at the Tulsa County Jail; facts and circumstances relevant to allegations contained in the Complaint. |
| Michelle Robinette | Facts and circumstances relevant to allegations contained in the Complaint. Policies, |

| | procedures, and practices in place at the Tulsa County Jail. |
|---|---|
| Billy McKelvey | Facts and circumstances relevant to allegations contained in the Complaint. Policies, procedures, and practices in place at the Tulsa County Jail. |
| Phillip Washburn, MD | **By Deposition.** Physical condition of Ms. Salgado. Treatment provided to Ms. Salgado. Facts and circumstances relevant to allegations contained in the Complaint. Policies, procedures, and practices in place at the Tulsa County Jail. |
| Tammy Harrington | Facts and circumstances relevant to allegations contained in the Complaint. Policies, procedures, and practices in place at the Tulsa County Jail. |
| Diane Maloy | Policies, procedures and practices of Defendants; systemic failures alleged and notice thereof; facts and circumstances relevant to allegations made in this lawsuit. |
| Scott Allen, M.D. | Expert Witness. *See* Report and Deposition. |
| Dipan Shah, M.D. | Expert Witness. *See* Report and Deposition. Shah will not testify regarding the nursing standard of care. *See* Doc. No. 567. |
| Chris Rogers, R.N. | Facts and circumstances relevant to allegations contained in the Complaint. Policies, procedures, and practices in place at the Tulsa County Jail. |
| Sgt. Melissa Tapper | Facts and circumstances relevant to allegations contained in the Complaint. Policies, procedures, and practices in place at the Tulsa County Jail. |
| Officer Matthew Tryon | Facts and circumstances relevant to allegations contained in the Complaint. Policies, procedures, and practices in place at the Tulsa County Jail. |
| Officer Joshua Walker | Facts and circumstances relevant to allegations contained in the Complaint. Policies, procedures, and practices in place at the Tulsa County Jail. |
| Eric Kitch | Facts and circumstances relevant to allegations contained in the Complaint. Policies, |

|  | procedures, and practices in place at the Tulsa County Jail. |
|---|---|
| Detective Bobbie Harris | Facts and circumstances relevant to allegations contained in the Complaint. Policies, procedures, and practices in place at the Tulsa County Jail. |
| Karen Metcalf | Facts and circumstances relevant to allegations contained in the Complaint. Policies, procedures, and practices in place at the Tulsa County Jail. |
| Paul Wallace | Facts and circumstances relevant to allegations contained in the Complaint. Policies, procedures, and practices in place at the Tulsa County Jail. |
| Mary Kate Hudson | Facts and circumstances relevant to allegations contained in the Complaint. Policies, procedures, and practices in place at the Tulsa County Jail. |
| Josh Turley | Facts and circumstances relevant to allegations contained in the Complaint. Policies, procedures, and practices in place at the Tulsa County Jail. |
| Rick Weigel | Facts and circumstances relevant to allegations contained in the Complaint. Policies, procedures, and practices in place at the Tulsa County Jail. |
| Robert Walker | Facts and circumstances relevant to allegations contained in the Complaint. Policies, procedures, and practices in place at the Tulsa County Jail. |

■ **Plaintiff's secondary witnesses:**

| Witness | Proposed Testimony |
|---|---|
| Officer "Ohnesorge" | Facts and circumstances relevant to allegations contained in the Complaint. Policies, procedures, and practices in place at the Tulsa County Jail. |

| Officer "Snyder" | Facts and circumstances relevant to allegations contained in the Complaint. Policies, procedures, and practices in place at the Tulsa County Jail. |
|---|---|
| Officer Steven Smith | Facts and circumstances relevant to allegations contained in the Complaint. Policies, procedures, and practices in place at the Tulsa County Jail. |
| Officer Taressa Maybee | Facts and circumstances relevant to allegations contained in the Complaint. Policies, procedures, and practices in place at the Tulsa County Jail. |
| Office of the Chief Medical Examiner | ME's Report |
| Dr. Micah Nix | Ms. Salgado's medical condition. Damages. |
| Dr. Amanda Green | Ms. Salgado's medical condition. Damages. |
| Tommy Nguyen, M.D. | Ms. Salgado's medical condition. Damages. |
| Michael Fogli, M.D. | Ms. Salgado's medical condition. Damages. |
| Bruce G. Carrico, M.D. | Ms. Salgado's medical condition. Damages. |
| Vickie S. Chain, DO | Ms. Salgado's medical condition. Damages. |
| Rebecca A. Bloom, M.D. | Facts and circumstances relevant to allegations contained in the Complaint. Policies, procedures, and practices in place at the Tulsa County Jail. |
| Andy Adusei, MD | Facts and circumstances relevant to allegations contained in the Complaint. Policies, procedures, and practices in place at the Tulsa County Jail. |
| Earnie Chappell | Facts and circumstances relevant to allegations contained in the Complaint. Policies, procedures, and practices in place at the Tulsa County Jail. |

| Debra Cherry | Facts and circumstances relevant to allegations contained in the Complaint. Policies, procedures, and practices in place at the Tulsa County Jail. |
|---|---|
| Amanda Bowman | Facts and circumstances relevant to allegations contained in the Complaint. Policies, procedures, and practices in place at the Tulsa County Jail. |
| Faye Taylor | Facts and circumstances relevant to allegations contained in the Complaint. Policies, procedures, and practices in place at the Tulsa County Jail. |
| Linsi Hastings | Facts and circumstances relevant to allegations contained in the Complaint. Policies, procedures, and practices in place at the Tulsa County Jail. |
| Marchelle Brown-Suntken, LPN | Facts and circumstances relevant to allegations contained in the Complaint. Policies, procedures, and practices in place at the Tulsa County Jail. |
| Patricia Benoit, LMFT | Facts and circumstances relevant to allegations contained in the Complaint. Policies, procedures, and practices in place at the Tulsa County Jail. |
| Gerald Whitener, RN | Facts and circumstances relevant to allegations contained in the Complaint. Policies, procedures, and practices in place at the Tulsa County Jail. |
| Charles Boyle | Facts and circumstances relevant to allegations contained in the Complaint. Policies, procedures, and practices in place at the Tulsa County Jail. |
| Sharon Gammil | Facts and circumstances relevant to allegations contained in the Complaint. Policies, |

|  | |
|---|---|
|  | procedures, and practices in place at the Tulsa County Jail. |
| Cynthia Fairchild | Facts and circumstances relevant to allegations contained in the Complaint. Policies, procedures, and practices in place at the Tulsa County Jail. |
| Karen Moon | Facts and circumstances relevant to allegations contained in the Complaint. Policies, procedures, and practices in place at the Tulsa County Jail. |
| Eugene Bates | Facts and circumstances relevant to allegations contained in the Complaint. Policies, procedures, and practices in place at the Tulsa County Jail. |
| Dena Spencer | Facts and circumstances relevant to allegations contained in the Complaint. Policies, procedures, and practices in place at the Tulsa County Jail. |
| Monique Howard | Facts and circumstances relevant to allegations contained in the Complaint. Policies, procedures, and practices in place at the Tulsa County Jail. |
| Amy Welker | Facts and circumstances relevant to allegations contained in the Complaint. Policies, procedures, and practices in place at the Tulsa County Jail. |
| Janet Lance | Facts and circumstances relevant to allegations contained in the Complaint. Policies, procedures, and practices in place at the Tulsa County Jail. |
| Theresa Vonfeldt | Facts and circumstances relevant to allegations contained in the Complaint. Policies, procedures, and practices in place at the Tulsa County Jail. |

| | |
|---|---|
| Angela Alderman | Facts and circumstances relevant to allegations contained in the Complaint. Policies, procedures, and practices in place at the Tulsa County Jail. |
| Tara Western, RN | Facts and circumstances relevant to allegations contained in the Complaint. Policies, procedures, and practices in place at the Tulsa County Jail. |
| Officer "Ehrenrich" (TPD) | Facts and circumstances relevant to allegations contained in the Complaint. Policies, procedures, and practices in place at the Tulsa County Jail. |
| Officer Dru Davis | Facts and circumstances relevant to allegations contained in the Complaint. Policies, procedures, and practices in place at the Tulsa County Jail. |
| Officer Jared Gilbert | Facts and circumstances relevant to allegations contained in the Complaint. Policies, procedures, and practices in place at the Tulsa County Jail. |
| Officer Jaylynna Moser | Facts and circumstances relevant to allegations contained in the Complaint. Policies, procedures, and practices in place at the Tulsa County Jail. |
| "Deputy Wortham" | Facts and circumstances relevant to allegations contained in the Complaint. Policies, procedures, and practices in place at the Tulsa County Jail. |
| Officer "Bushyhead" | Facts and circumstances relevant to allegations contained in the Complaint. Policies, procedures, and practices in place at the Tulsa County Jail. |
| Sgt. D. Hinshaw | Facts and circumstances relevant to allegations contained in the Complaint. Policies, |

| | procedures, and practices in place at the Tulsa County Jail. |
|---|---|
| Julie Hightower | Facts and circumstances relevant to allegations contained in the Complaint. Policies, procedures, and practices in place at the Tulsa County Jail. |
| Shannon Moody | Facts and circumstances relevant to allegations contained in the Complaint. Policies, procedures, and practices in place at the Tulsa County Jail. |
| Howard Roemer, M.D. | AMS Report and investigation. |
| Cal Kester | OSDH Investigations and Findings. |
| Don Garrison | OSDH Investigations and Findings. |
| Stephen Harnish, M.D. | Facts and circumstances relevant to allegations contained in the Complaint. Policies, procedures, and practices in place at the Tulsa County Jail. |
| John Bell, LPC | Facts and circumstances relevant to allegations contained in the Complaint. Policies, procedures, and practices in place at the Tulsa County Jail. |
| Paul Branstetter | Homeland Security/ICE Audit and Findings. |
| Robert Greifinger, M.D. | Homeland Security/ICE Audit and Findings. |
| Dennis Hughes | Facts and circumstances relevant to allegations contained in the Complaint. Policies, procedures, and practices in place at the Tulsa County Jail. |
| Bradley Payas | Facts and circumstances relevant to allegations contained in the Complaint. Policies, procedures, and practices in place at the Tulsa County Jail. |
| Ewa Podlacha | Facts and circumstances relevant to allegations contained in the Complaint. Policies, |

| | procedures, and practices in place at the Tulsa County Jail. |
|---|---|
| Sheryl Stedham | Facts and circumstances relevant to allegations contained in the Complaint. Policies, procedures, and practices in place at the Tulsa County Jail. |
| Brian Edwards | Facts and circumstances relevant to allegations contained in the Complaint. Policies, procedures, and practices in place at the Tulsa County Jail. |
| Rob Lillard | Facts and circumstances relevant to allegations contained in the Complaint. Policies, procedures, and practices in place at the Tulsa County Jail. |
| John Bowman | Facts and circumstances relevant to allegations contained in the Complaint. Policies, procedures, and practices in place at the Tulsa County Jail. |
| Pam Hoisington | Facts and circumstances relevant to allegations contained in the Complaint. Policies, procedures, and practices in place at the Tulsa County Jail. |
| Linda Tucker | Facts and circumstances relevant to allegations contained in the Complaint. Policies, procedures, and practices in place at the Tulsa County Jail. |
| Ronda Shaw | Facts and circumstances relevant to allegations contained in the Complaint. Policies, procedures, and practices in place at the Tulsa County Jail. |
| Cherry Anjorin | Facts and circumstances relevant to allegations contained in the Complaint. Policies, procedures, and practices in place at the Tulsa County Jail. |

| Dana Moses | Facts and circumstances relevant to allegations contained in the Complaint. Policies, procedures, and practices in place at the Tulsa County Jail. |
|---|---|
| Kristy Peters | Facts and circumstances relevant to allegations contained in the Complaint. Policies, procedures, and practices in place at the Tulsa County Jail. |
| Charles Wimberly | Facts and circumstances relevant to allegations contained in the Complaint. Policies, procedures, and practices in place at the Tulsa County Jail. |
| Raymond Stiles | Facts and circumstances relevant to allegations contained in the Complaint. Policies, procedures, and practices in place at the Tulsa County Jail. |
| Ron Peters | Facts and circumstances relevant to allegations contained in the Complaint. Policies, procedures, and practices in place at the Tulsa County Jail. |
| John Smaligo | Facts and circumstances relevant to allegations contained in the Complaint. Policies, procedures, and practices in place at the Tulsa County Jail. |
| Steve Miller | Facts and circumstances relevant to allegations contained in the Complaint. Policies, procedures, and practices in place at the Tulsa County Jail. |
| Charity Chumley, LPN | Facts and circumstances relevant to allegations contained in the Complaint. Policies, procedures, and practices in place at the Tulsa County Jail. |
| Nicole Bynum, LPN | Facts and circumstances relevant to allegations contained in the Complaint. Policies, |

|  | procedures, and practices in place at the Tulsa County Jail. |
|---|---|
| Lois Bell, DO | Facts and circumstances relevant to allegations contained in the Complaint.   Policies, procedures, and practices in place at the Tulsa County Jail. |
| Any witness listed by a Defendant and not objected to by Plaintiff. |  |
| Any witness needed to authenticate documents. |  |

Respectfully submitted,

s/Robert M. Blakemore
Robert M. Blakemore, OBA #18656
bobblakemore@ssrok.com
Daniel Smolen, OBA #19943
danielsmolen@ssrok.com
SMOLEN & ROYTMAN
701 South Cincinnati Avenue
Tulsa, OK 74119
Phone:  (918) 585-2667
Fax:  (918) 585-2669

**_Attorneys for Plaintiff_**

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of March 2021, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants who have appeared in this case.

s/Robert M. Blakemore