## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

DEBORAH YOUNG, as Personal Representative )
of the Estate of Gwendolyn Young, deceased, )
)
      Plaintiff, )
)
)   Case No.: 13-CV-315-JED-JFJ
vs. )
)   JURY TRIAL DEMANDED
CORRECTIONAL HEALTHCARE )   ATTORNEY LIEN CLAIMED
COMPANIES, INC., and )
ANDREW ADUSEI, M.D., )
)
      Defendants. )

### PLAINTIFF'S FINAL EXHIBIT LIST

**COMES NOW** Plaintiff, Deborah Young ("Plaintiff"), as the Personal Representative of the Estate of Gwendolyn Young ("Ms. Young"), deceased, and respectfully submits the following Final Exhibit List:

| Ex. | Description |
|---|---|
| 1 | Advanced Medical Systems 2011 03394 |
| 2 | Aug 2013 Staff Minutes 04312 |
| 3 | CHC & TCSO Agreement 02609 |
| 4 | CHC 2005 Agreement 02817 |
| 5 | CHC 2005 Renewal Agreement 02821 |
| 6 | CHC 2007 Agreement 02844 |
| 7 | CHC 2008 contract amendment 02846 |
| 8 | CHC 2008-2009 Contract 02848 |
| 9 | CHC 2011 Renewal Agreement 02807 |
| 10 | CHC Agreement 02634 |

| 11 | CHC Contract Revilla00032 |
|----|---------------------------|
| 12 | CHC Contract 02800 |
| 13 | CHC Contract renewal 02849 |
| 14 | CHC Contract renewal 02850 |
| 15 | CHC Contract Revilla 00025 |
| 16 | EXHIBIT WITHDRAWN |
| 17 | CHC Policy and Procedures 00133 |
| 18 | CHC Policy and Procedures 00205 |
| 19 | CHC Policy and Procedures 00212 |
| 20 | CHC Policy and Procedures 00090 |
| 21 | CHC Policy and Procedures 00110 |
| 22 | CHC Policy and Procedures 00160 |
| 23 | CHC Policy and Procedures 00246 |
| 24 | CHC Policy and Procedures 00272 |
| 25 | DLM Inmate Handbook 02210 |
| 26 | DOC letter to TIm Harris 02842 |
| 27 | Jail Inspectior complaints 04200 |
| 28 | JAIL inspector complaint reports 04080 |
| 29 | JAIL Inspector Deficiencies reports 04008 |
| 30 | Josh Turley email 04606 |
| 31 | Josh Turley email 04773 |
| 32 | Josh Turley email 04979 |
| 33 | Josh Turley email 05268 |
| 34 | May 07, 2014 Staff minutes 04311 |

| | |
|---|---|
| 35 | RFP30 Metcalf Copy |
| 36 | NCCHC 2010 probation 04248 |
| 37 | NCCHC Washburn Letter 03778_Redacted |
| 38 | TCSO Policies All Chapters 1-25 |
| 39 | Letter from Inmate Mica Shoate |
| 40 | Beane Report |
| 41 | Young Incident Report |
| 42 | Jail Shift Report -- SHU |
| 43 | Clinical Protocol Manual 2010 |
| 44 | Young CHC records 05212 |
| 45 | Young ME report 05257 |
| 46 | Comments April 2012 CHC Audit |
| 47 | RFP6 CHC Term Letter |
| 48 | RFP7 Policies |
| 49 | AMS Report w. Names Redacted |
| 50 | RFP8 Staffing Matrix |
| 51 | 3-7.1.07 to 6.30.08- Tulsa Co, OK Resolution for Extension |
| 52 | 4-7.1.08 to 6.30.09- Tulsa Co, OK Resolution for Extension |
| 53 | 6-9.1.10 to 6.30.11 Tulsa Co, OK Agreement |
| 54 | 7- 07.01.11 to 06.30.12 Tulsa Co, OK Resolution for Contract Renewal |
| 55 | 7.1.2008 to 6.30.2009 Tulsa Co, OK- Amd |
| 56 | Email from Doug Wilson to Brian Edwards re CHC- CHM Contract 3-13-12 |
| 57 | 8- 7.01.11 to 06.30.12 Tulsa, OK Amd to Resolution for Contract Renewal |
| 58 | 9- 7.1.12 to 6.30.13- Tulsa Co., OK- Amd (Name Change, Staffing, Comp and Term) |

| | |
|---|---|
| 59 | 10-7.1.13 to 6.30.14 (Month-to-month) Tulsa Co., OK- Amd (Term) |
| 60 | CHC Ltr to Roemer re April 2012 Audit- 6-13-12 |
| 61 | ICE Report |
| 62 | NCCHC 2007 |
| 63 | NCCHC 2010 |
| 64 | Critical Findings- 6.12.12 |
| 65 | Ltr from Raymond Herr to Edwards re: Plans of Action for Enhancement of Medical and Psychological Services 3.23.12 |
| 66 | Issues to be Discussed Memo |
| 67 | Elliott Williams Video (Cell #1) |
| 68 | Tammy Harrington Documents |
| 69 | Adusei Report Bowman to Robinette |
| 70 | Wyrick Email |
| 71 | Gondles Report |
| 72 | Specific CHC Clinical Protocols |
| 73 | Young Video Part 1 |
| 74 | Young Videos |
| 75 | Adusei Licensure Order |
| 76 | Memo From Lillard to Edawards, 9/26/11 |
| 77 | Burke-Williams Verdict Form |
| 78 | Burke-Williams Judgment |
| 79 | Burke-Williams Tenth Circuit Opinion |
| 80 | Death Certificate (Young) |
| 81 | ME Report (Young) GLANZ-Revilla05251 |
| 82 | Salgado Opinion Denying MSJ |

| 83 | Brown Opinion Denying MSJ |
|---|---|
| * | Any Exhibit listed by a Defendant and not objected to by Plaintiff. |

Plaintiff has reserved the right to amend or supplement this trial exhibit list to the greatest extent allowed by the Court. Plaintiff has further reserved all rights to withdraw exhibits on her trial exhibit list, and to correct, delete and/or substitute any exhibits listed in error. Further, Plaintiff has reserved the right to use any document, even if not designated as an exhibit, for the purposes of rebuttal, cross-examination and/or impeachment.

Respectfully submitted,

s/Robert M. Blakemore
Robert M. Blakemore, OBA #18656
bobblakemore@ssrok.com
Daniel Smolen, OBA #19943
danielsmolen@ssrok.com
Bryon Helm, OBA #33003
bryonhelm@ssrok.com
SMOLEN & ROYTMAN
701 South Cincinnati Avenue
Tulsa, OK 74119
Phone: (918) 585-2667
Fax: (918) 585-2669

***Attorneys for Plaintiff***

### CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of October 2021, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants who have appeared in this case.

s/Robert M. Blakemore