IN THE UNTIED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHRISTINE WRIGHT n/k/a Christine Hamilton, as Special Administrator of the Estate of LISA SALGADO, deceased,<br><br>    Plaintiff,<br><br>v.<br><br>CORRECTIONAL HEALTHCARE COMPANIES, INC., and DELETTA WASHBURN, on behalf of the Estate of PHILLIP WASHBURN, M.D., deceased,<br><br>    Defendants. | Case No. 13-CV-315-IDJ-JFJ |
| DEBORAH YOUNG, as Special Administrator of the Estate of Gwendolyn Young, deceased,<br><br>    Plaintiff,<br><br>v.<br><br>CORRECTIONAL HEALTHCARE COMPANIES, INC., and ANDREW ADUSEI, M.D.,<br><br>    Defendants. | Case No. 13-CV-315-IDJ-JFJ |

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

Sean P. Snider of the firm Johnson Hanan Vosler Hawthorn & Snider, counsel of record for Defendants Correctional Healthcare Companies, Inc.; Andrew Adusei, M.D.; Deletta Washburn, on behalf of Estate of Phillip Washburn, M.D.; and Christina Rogers, R.N. ("Defendants"), respectfully moves the Court for an Order permitting Austin J. Young ("Mr. Young) to withdraw as counsel of record for Defendants in the above-referenced matter pursuant to LGnR4-4of the Local Civil Rules of the United States District Court for

the Northern District of Oklahoma. Mr. Young is leaving the representing firm. Defendants and counsel for all parties have been provided notice of Mr. Young's departure. Defendants will continue to be represented by Sean P. Snider, Alexander C. Vosler, and Anthony C. Winter of Johnson Hanan Vosler Hawthorne & Snider, who have previously entered their appearances. A proposed Order has been submitted contemporaneously with this Motion.

Respectfully submitted,

*s/ Sean P. Snider*
Sean P. Snider, OBA # 22307
Alexander Vosler, OBA # 19589
Anthony C. Winter, OBA # 32148
JOHNSON HANAN VOSLER
HAWTHORNE & SNIDER
9801 N. Broadway Extension
Oklahoma City, OK 73114
Telephone: 405.232.6100
Facsimile: 405.232.6105
E-Mail: ssnider@johnsonhanan.com
E-Mail: avosler@johnsonhanan.com
E-Mail: awinter@johnsonhanan.com
*Attorneys for Defendants*

CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2022, I electronically transmitted the forging document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants who have appeared in this case.

*s/ Sean P. Snider*
Sean P. Snider