UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| Deborah Young et al., | | |
|---|---|---|
| vs. | Plaintiff, | Case No.: 13-cv-00315-IDJ-JFJ<br>Date: 2/7/2023<br>Court Time: 10:08 a.m.-11:12 a.m.; 11:43 a.m.-11:50 a.m. |
| Stanley Glanz et al, | Defendant. | **MINUTE SHEET – PRETRIAL CONFERENCE** |

Iain D Johnston, U.S. District Judge        A.Gifford, Deputy Clerk        Greg Bloxom, Reporter

Counsel for Plaintiff: Dan Smolen, Bryon Helm, Robert Blackmore

Counsel for Defendant: Ronald Chapman, Sean Snider, Anthony Winters

MINUTES:  Case called for pretrial conference. Parties appear through counsel and representatives for parties present. Court addresses jury selection. Discovery/evidentiary issues discussed. Case remains set for trial to begin on Monday, February 13, 2023 at 9:00 a.m.

☒ Parties announce ready for trial
    ☒ Estimated Trial Time: 10 days
    ☒ Case is 1st on trial docket, to begin at 9:00 am on 2/13/2023

Additional Minutes: