# United States District Court
For the
## Northern District of Oklahoma

DEBORAH YOUNG as Personal
Representative of the,
    Plaintiff,

vs.

CORRECTIONAL HEALTHCARE
COMPANIES, et. al.,

  Defendant.

Civil Action No. 13-CV-315-IDJ-JFJ

## RETURN OF SERVICE
### AFFIDAVIT

I certify that I received the foregoing Subpoena To Appear and Testify At A Hearing Or Trial In A Civil Action and Witness Fee Check attached, on the 18th day of January 2023 and that on the 22nd day of January 2023, at 1:21 pm I served Karen Metcalf with the aforementioned Subpoena To Appear and Testify At A Hearing Or Trial In A Civil Action and Witness Fee Check #23923 for $70.13 attached personally, at her usual place of residence, 626 North 19th Apartment #402, Collinsville Oklahoma in Rogers County, Oklahoma.

### FEES

Service fee $ 85.00,   Mileage fee $ 0.00,   Total fees $ 85.00

### AFFIDAVIT

I, Jason Sheneman, the undersigned, under oath, do say that I served this foregoing Subpoena To Appear and Testify At A Hearing Or Trial In A Civil Action and Witness Fee Check attached, and made a Return thereon and that according to law I am duly authorized to make this Affidavit, so help me God.

*(signed)* Jason Sheneman, Process Server PSS 2022-20

Subscribed and sworn to before me this 23 day of Jan., 2023.

(SEAL)

Michelle Marie Jones
NOTARY PUBLIC - STATE OF OKLAHOMA
COMMISSION EXPIRES 1/15/2024
COMMISSION #20000562

*(signed)* Michelle marie jones
Notary Public of Oklahoma

My Commission Expires: Jan 15, 2024.