IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

DEBORAH YOUNG, as Personal Representative )
of the Estate of Gwendolyn Young, deceased, )
)
    Plaintiff, )
)
) Case No.: 13-CV-315-IDJ-JFJ
vs. )
)
CORRECTIONAL HEALTHCARE )
COMPANIES, INC., )
)
    Defendant. )

## PLAINTIFF'S *SECOND* BENCH BRIEF

**COMES NOW** Plaintiff, Deborah Young ("Plaintiff"), as the Personal Representative of the Estate of Gwendolyn Young ("Ms. Young"), deceased, and respectfully submits her *Second Bench Brief* as follows:

Information as to a defendant's financial condition is generally relevant to the issue of punitive damages. *See, e.g., City of Newport v. Fact Concerts, Inc.*, 453 U.S. 247, 270, 101 S. Ct. 2748 (1981) ("[E]vidence of a tortfeasor's wealth is traditionally admissible as a measure of the amount of punitive damages that should be awarded…."); *Continental Trend Resources, Inc. v. Oxy USA Inc.*, 101 F.3d 634, 641-42 (10th Cir. 1996) (wealth of a defendant is relevant in determining constitutionally permissible punitive damages award under Due Process Clause), *cert. denied*, 520 U.S. 1241 (1997); *North American Ins. Co. v. Bates,* No. CIV-12-544-M, 2014 WL 2865914, at *2 (W.D. Okla. Jun 24, 2014) (unpublished) ("Where punitive damages are claimed, it has been generally held that the Defendant's financial condition is relevant to the subject matter of the action….")

Respectfully submitted,

s/Robert M. Blakemore
Robert M. Blakemore, OBA #18656
bobblakemore@ssrok.com
Daniel Smolen, OBA #19943
danielsmolen@ssrok.com
Bryon Helm, OBA #33003
bryonhelm@ssrok.com
SMOLEN & ROYTMAN
701 South Cincinnati Avenue
Tulsa, OK 74119
Phone: (918) 585-2667
Fax: (918) 585-2669

***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of February 2023, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants who have appeared in this case.

s/Robert M. Blakemore