## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

Deborah Young, as Personal Representative
of the Estate of Gwendolyn Young, deceased,

    Plaintiff,

v.

Correctional Healthcare Companies, Inc.,

    Defendant.

## **VERDICT**

As to Plaintiff's claim that Defendant violated Ms. Young's Constitutional right to adequate medical care, we find the in favor of the following party.

    __✓__ Plaintiff          _____ Defendant

(If the jury finds for Defendant and against Plaintiff, proceed to the following page, sign, and date the form. Do *not* proceed with damages. If the jury finds for Plaintiff and against Defendant, proceed to the two damages questions below, indicating what if any damages are awarded, and then sign and date the form on the following page.)

On finding in favor of Plaintiff's claim, we award compensatory damages in the amount of $ __14,000,000__.

On finding in favor of Plaintiff's claim, we award punitive damages in the amount of $ __68,000,000__.

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

Dated: 2/24/2023