## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHRISTINE WRIGHT n/k/a Christine Hamilton, as Special Administrator of the Estate of LISA SALGADO, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>CORRECTIONAL HEALTHCARE COMPANIES, INC., and DELETTA WASHBURN, on behalf of the estate of PHILLIP WASHBURN, M.D., deceased,<br><br>Defendants. | Case No.: 13-CV-315-IDJ-JFJ |

### STIPULATION OF DISMISSAL OF PLAINTIFF WRIGHT'S REMAINING CLAIMS

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), **IT IS HEREBY STIPULATED BY AND BETWEEN** Plaintiff Christine Wright n/k/a Christine Hamilton, as Special Administrator of the Estate of Lisa Salgado, deceased, and Defendants Correctional Healthcare Companies, Inc. ("CHC") and Deletta Washburn, on behalf of the estate of Phillip Washburn, M.D. ("Ms. Washburn"), as follows:

> Plaintiff Christine Wright's claims against Defendants CHC and Ms. Washburn, are dismissed with prejudice.

Plaintiff Christine Wright and Defendants CHC and Ms. Washburn shall bear their own fees and costs. This dismissal disposes of all claims brought by Plaintiff Christine Wright against Defendants CHC and Ms. Washburn in this matter. This dismissal does *not* dispose of, or otherwise

1

impact, Plaintiff Deborah Young's claims against CHC, which remain under this same case number.

>Approved and signed by:
>
>/s/Robert M. Blakemore
>Robert M. Blakemore, OBA #18656
>Daniel E. Smolen, OBA #19943
>SMOLEN & ROYTMAN
>701 South Cincinnati Avenue
>Tulsa, OK 74119
>(918) 585-2667
>(918) 585-2669 Fax
>danielsmolen@ssrok.com
>bobblakemore@ssrok.com
>
>***Attorneys for Plaintiff***
>
>/s/Sean P. Snider
>ALEXANDER C. VOSLER, OBA #19589
>SEAN P. SNIDER, OBA # 22307
>ANTHONY C. WINTER, OBA # 32148
>JOHNSON HANAN VOSLER
>HAWTHORNE & SNIDER
>9801 N. Broadway Extension
>Oklahoma City, OK 73114
>Telephone: (405) 232-6100
>Facsimile: (405) 232-6105
>E-Mail: avosler@johnsonhanan.com
>E-Mail: ssnider@johnsonhanan.com
>E-Mail: awinter@johnsonhanan.com
>
>***Attorneys for Defendants***
>***Correctional Healthcare Companies, Inc. and***
>***Deletta Washburn, on behalf of the Estate of***
>***Phillip Washburn, M.D.***