UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

Deborah Young,

         Plaintiff,

vs.

Correctional Healthcare Companies, Inc.,

         Defendant.

Case No.:    13-cv-00315-IDJ-JFJ

Proceeding: Status Hearing
Date:       3/24/2023
Time:       12:00 p.m. – 1:00 p.m.

**MINUTE SHEET – STATUS HEARING**

Iain D. Johnston, U.S. District Judge   Yvonne Pedroza, Deputy Clerk   Heather Perkins-Reiva, Reporter

| | |
|---|---|
| Counsel for Plaintiff: | Daniel Smolen, Robert Blakemore |
| Counsel for Defendant: | Sean Snyder, Anthony Winter, David Waltzer, Marc Goldstone, Ronald Chapman |
| Minutes: | Status hearing held on 3/24/2023.  Judgment to be entered. |