# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| YOUNG, *et al.*, | ) | |
|     Plaintiffs, | ) | |
| | ) | No. 13 CV 315 |
| v. | ) | Judge Iain D. Johnston |
| | ) | |
| GLANZ, *et al.*, | ) | |
|     Defendants. | ) | |

## JUDGMENT IN A CIVIL ACTION

The Court orders that:

1. following a jury trial and consistent with the jury's verdict, Plaintiff Deborah Young, as special administrator of the estate of Gwendolyn Young, recover from Defendant Correctional Healthcare Companies, Inc.—and its successor identified in its required corporate disclosure—the amount of $82,000,000.00, plus post judgment interest at the rate of 4.46% per annum, along with costs; and

2. all claims by all plaintiffs against all defendants now having been resolved, judgment is entered as to all remaining parties for whom judgment was not previously entered.

This civil case is now terminated.

Date: March 28, 2023          By: _____
                                                    Iain D. Johnston
                                                    United States District Judge