# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DEBORAH YOUNG, as Personal Representative of the Estate of GWENDOLYN YOUNG, deceased,<br><br>Plaintiff,<br><br>v.<br><br>CORRECTIONAL HEALTHCARE COMPANIES, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.: 13-CV-315-IDJ-JFJ<br>)<br>)<br>)<br>)<br>)<br>) |

## COUNSEL'S NOTICE OF APPEAL
## REGARDING FINDINGS OF MISCONDUCT

Daniel E. Smolen and Robert M. Blakemore, as counsel of record in this matter, hereby appeal to the United States Court of Appeals for the Tenth Circuit from this Court's February 29, 2024 Memorandum Opinion and Order (Dkt. #749) to the extent the Court found that Mr. Smolen and/or Mr. Blakemore engaged in misconduct during the proceedings in this case. Such findings of attorney misconduct constitute a final and appealable order under 28 U.S.C. § 1291. *See, e.g., Butler v. Biocore Med. Techs., Inc.,* 348 F.3d 1163, 1168 (10th Cir. 2003).

Respectfully submitted,

/s/Daniel E. Smolen
Daniel Smolen, OBA #19943
danielsmolen@ssrok.com
SMOLEN & ROYTMAN
701 South Cincinnati Avenue
Tulsa, OK 74119
Phone: (918) 585-2667
Fax: (918) 585-2669

-and-

/s/Robert M. Blakemore
Robert M. Blakemore, OBA #18656
bobblakemore@ssrok.com

1

        SMOLEN & ROYTMAN
        701 South Cincinnati Avenue
        Tulsa, OK 74119
        Phone: (918) 585-2667
        Fax: (918) 585-2669

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 26th day of March 2024, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants who have appeared in this case.

        /s/Daniel E. Smolen